

AXK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. **1:24-cr-00190**<br>**Judge Sharon Johnson Coleman**<br>**Magistrate Judge Jeffrey T. Gilbert**<br>**Random / Cat. 4** |
| v. | ) Violation: Title 18, United States<br>) Code, Section 2314 |
| RICHARD BRENDAN GLOBENSKY | ) |

The UNITED STATES ATTORNEY charges:

Beginning in or around 2009, and continuing until in or around 2022, at Augusta, in the Northern District of Georgia, and elsewhere,

RICHARD BRENDAN GLOBENSKY,

defendant herein, caused to be transported and transferred in interstate commerce goods, wares, and merchandise of the value of $5,000 or more, namely, millions of dollars' worth of Masters golf tournament merchandise and historical memorabilia taken from Augusta National Golf Club in Augusta, Georgia, and transported to Tampa, Florida, knowing the same had been stolen, converted and taken by fraud;

In violation of Title 18, United States Code, Section 2314.

## FORFEITURE ALLEGATION

The UNITED STATES ATTORNEY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2314, as set forth in this information, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds traceable to the offense, including a personal money judgment, as provided in Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(3) and Title 28, United States Code, Section 2461(c).

2. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

SARAH STREICKER
Digitally signed by SARAH STREICKER
Date: 2024.04.10 10:21:24 -05'00'

Signed by Sarah Streicker
on behalf of the
ACTING UNITED STATES ATTORNEY