


AXK

1:24-cr-00190
Judge Sharon Johnson Coleman
Magistrate Judge Jeffrey T. Gilbert
Random / Cat. 4

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Richard Brendan Globensky | No | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most several level of offense/penalty in this indictment or information? **Theft/Embezzlement IV**

List of Statutes: **18 U.S.C. Sec 2314**

Assistant United States Attorney(s): **Sean Franzblau, Brian Hayes**

Contact Person and Phone Number: **Sean Franzblau, 312 353 5305**