| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 24 CR 190 |
| v. | |
| RICHARD BRENDAN GLOBENSKY | Hon. Sharon J. Coleman |

**FILED MAY 15 2024** — Judge Sharon Johnson Coleman, United States District Court

## WAIVER OF INDICTMENT

I, RICHARD BRENDAN GLOBENSKY, the above-named defendant, who is accused of transporting stolen goods with a value of $5,000 or more in interstate commerce, in violation of Title 18, United States Code, Section 2314, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on May 15, 2024, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
RICHARD BRENDAN GLOBENSKY
Defendant

_____
THOMAS CHURCH
Attorney for Defendant